# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CH Retail Fund II Waco Bear Grounds, LP** P.O. Box 674481 Dallas, TX 75267-4481 | | **Business Debt** | | | | $1,536.33 |
| **City of Arlington** 101 W. Abram Street Arlington, TX 76010 | | **Business Debt** | | | | $543.82 |
| **DW 801 S. 4th Street, LP** 4403 North Central Expressway, Ste. 110 Dallas, TX 75205 | | **Business Lease** | | | | $3,895.00 |
| **Ecolab, Inc.** P.O. Box 70343 Chicago, IL 60673 | | **Business Debt** | | | | $1,466.95 |
| **Environmental Plumbing Solutions** 1320 Ford Street Irving, TX 75061 | | **Business Debt** | | | | $1,184.26 |
| **Excel Southlake I LP** c/o Excel Trust, L.P. 17140 Bernardo Center Dr, Ste. 300 San Diego, CA 92128 | | **Business Lease** | | | | $5,553.17 |
| **FW Waterside Commercial, LLC** ATTN: Mr. Fremon Baker 1701 River Run, Ste. 500 Fort Worth, TX 76107 | | **Business Lease** | | | | $3,490.85 |

Debtor  **Steel City Pops FWTX, LLC**    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **LORE FWT Foch Street, L.P.**<br>c/o Lionstone Investments<br>100 Waugh Street, Ste. 600<br>Houston, TX 77007 | | Business Lease | | | | $3,036.00 |
| **Michael Tothe**<br>3735 Country Club Circle<br>Fort Worth, TX 76109 | | Business Debt | | | | $600.00 |
| **Mike Andrade**<br>6508 High Brook Drive<br>Fort Worth, TX 76132 | | Business Debt | | | | $540.00 |
| **Pacific Bag**<br>15300 Woodinville-Redmond Rd.<br>Woodinville, WA 98072 | | Business Debt | | | | $1,951.88 |
| **Piedmont Springs**<br>6553 Warren Drive<br>Norcross, GA 30093-1116 | | Business Debt | | | | $1,139.32 |
| **Platinum Parking**<br>100 Throckmorton Ste. 100<br>Fort Worth, TX 76102 | | Business Debt | | | | $610.00 |
| **Polar Tech Industries, Inc.**<br>415 E. Railroad Avenue<br>Genoa, IL 60135-1200 | | Business Debt | | | | $710.19 |
| **Pomona Distributors**<br>P.O. Box 720241<br>Dallas, TX 75372 | | Business Debt | | | | $450.00 |
| **Ron Wright, Tax Assessor-Collector**<br>P.O. Box 961018<br>Fort Worth, TX 76161-0018 | | Taxes | | | | $3,958.00 |
| **Sandra Johnson**<br>2600 Highview Terrace<br>Fort Worth, TX 76109 | | Business Lease | | | | $4,050.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Steel City Pops FWTX, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southlake Women's Club**<br>**702 Chaucer Court**<br>**Southlake, TX 76092** | | **Business Debt** | | | | **$250.00** |
| **Spectrum Catering and Concessions**<br>**27328 Spectrum Way**<br>**Southlake, TX 76092** | | **Business Debt** | | | | **$600.00** |
| **Sundance Square Management**<br>**NEED ADDRESS** | | **Business Debt** | | | | **$429.67** |