# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: <br><br> STEEL CITY POPS HOLDING, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-04687-DSC11 |
| In re: <br><br> STEEL CITY POPS B'HAM, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-04689-DSC11 |
| In re: <br><br> STEEL CITY POPS DTX, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-04692-DSC11 |
| In re: <br><br> STEEL CITY POPS FWTX, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-04695-DSC11 |
| In re: <br><br> STEEL CITY POPS LKY, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-04697-DSC11 |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the Motion[1] of the above-captioned Debtors for entry of an order (this "<u>Order</u>") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *General Order of Reference* from the United States District Court for the Northern District of Alabama, dated July 16, 1984, as amended on July 17, 1984; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-04687-DSC11.

3. The caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms shall have the same meanings as defined in the Motion unless otherwise defined herein.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEEL CITY POPS HOLDING, LLC, *et al.*,[1] | Case No. 19-04687-DSC11 |
| Debtors. | (Jointly Administered) |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of Steel City Pops B'ham, LLC; Steel City Pops DTX, LLC; Steel City Pops FWTX, LLC; and Steel City Pops, LKY, LLC to reflect the joint administration of these chapter 11 cases: "An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration for procedural purposes only of the chapter 11 cases of Steel City Holding, LLC., Case No. 19-04687-DSC11; Steel City Pops B'ham, LLC, Case No. 19-04689-DSC11; Steel City Pops DTX, LLC, Case No. 19-04692-DSC11; Steel City Pops FWTX, LLC, Case No. 19-04695-DSC11; and Steel City Pops, LKY, LLC, Case No. 04697-DSC11. **The docket in Case No. 19-04687-DSC11 should be consulted for all matters affecting this case.**"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Steel City Pops Holding, LLC (7080) and its Debtor affiliates Steel City Pops B'ham, LLC (4235); Steel City Pops DTX, LLC (2677); Steel City Pops FWTX, LLC (1016); and Steel City Pops, LKY, LLC (8898) The Debtors' service address is: 2821 Central Avenue, Birmingham, Alabama 35209.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Alabama shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. The Debtors are authorized to prepare and file their monthly operating reports on a consolidated basis.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

10. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 25, 2019  /s/ D. Sims Crawford
Birmingham, Alabama  D. SIMS CRAWFORD
  United States Bankruptcy Judge